# United States District Court
## Eastern District of California

**FILED**
Aug 01, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

V.

**David Nickolas Baca Jr.**

**CRIMINAL COMPLAINT**

**DOCKET NUMBER:**

**6:22-mj-00010-HBK**

I, **Justin Fey,** Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **David Nickolas Baca Jr.** did or was:

**Count 1:** Present in a park area while under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources in violation of Title 36 Code of Federal Regulations § 2.35(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Engaging in disorderly conduct; Uses language, an utterance, or gesture, or engages in a display or act that is obscene, physically threatening or menacing, or done in a manner that is likely to inflict injury or incite an immediate breach of the peace. in violation of Title 36 Code of Federal Regulations § 2.34(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Engaging in disorderly conduct; Makes noise that is unreasonable, considering the nature and purpose of the actor's conduct, location, time of day or night, and other factors that would govern the conduct of a reasonably prudent person under the circumstances. in violation of Title 36 Code of Federal Regulations § 2.34(a)(3)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Threatening, resisting, intimidating, or intentionally interfering with a government employee or agent engaged in an official duty, or on account of the performance of an official duty in violation of Title 36 Code of Federal Regulations § 2.32(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** The possession of a controlled substance, marijuana, unless such substance was obtained by the possessor directly, or pursuant to a valid prescription or order, from a practitioner acting in the course of professional practice or otherwise allowed by Federal or State law.in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 6**: The possession of a controlled substance, psilocybin mushrooms, unless such substance was obtained by the possessor directly, or pursuant to a valid prescription or order, from a practitioner acting in the course of professional practice or otherwise allowed by Federal or State law.in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I, Justin B. Fey, am a commissioned Law Enforcement Officer with the National Park Service. I am a Supervisor Park Ranger with approximately 12 years of law enforcement experience. I am a Use of Force instructor, a DUI instructor, Yosemite National Park's Field Training Lead and an operator on Yosemite National Park's Special Response Team. In the course of my duties I detect, establish probable cause and enforce violations associated with individuals being under the influence to a degree they may be a danger themselves and or others and engaging in disorder conduct.

This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On July 31st, 2022, within Yosemite National Park, at approximately 1930 Yosemite Emergency Communication Center (ECC) received a report of a male wearing a camo shirt yelling and swearing at other campers in the Yosemite Valley Backpacker's Campground.

The Backpacker's Campground is a campground for wilderness permit holders, park visitors arriving by bus and park visitors arriving on bicycle.

While driving towards the entrance to Backpacker's Campground U.S. Park Ranger Cody Hays and I were flagged down by a park visitor. The visitor, who was staying in Backpacker's Campground, inquired if we were responding for the drunk guy yelling obscenities. The visitor described the individual as being northeast of the foot bridge that leads into the campground from the south.

As we exited our patrol vehicle, I could hear a male voice yelling from the direction of the Backpacker's Campground approximately 300 feet away.

U.S. Park Rangers Carly McCoy and Ian Rippetoe arrived on scene.

Northeast of the footbridge I saw a male wearing a camo t-shirt kneeling in a campsite yelling undistinguishable words.

A camper, later identified as the reporting party, approached us and advised there were families and kids in the campground and the suspect was kicking tents and yelling profanity.

Officer Hays contacted David Nickolas BACA Jr., the male wearing the camo t-shirt, who he later identified through Yosemite ECC by his name and date of birth as having an expired and

surrendered California driver's license. Officer Hays advised BACA Jr. we were responding to reports of him yelling at other campers.

From approximately 10 feet away I could hear BACA Jr. slurring his words and could smell the distinct odor of alcoholic beverages coming directly from BACA Jr.'s person.

When asked to sit on a nearby log BACA Jr. appeared off balance while in the process of sitting; his movements appeared disjointed or not fluid motions.

When asked if he had been consuming alcoholic beverages BACA Jr. admitted to consuming two "pints" of beer. BACA Jr. admitted, "for sure I'm drunk" and described the wrong side of him comes out when he is drunk.

When asked how he was doing and what the yelling was about BACA Jr. admitted to yelling at other campers about being "white colonizers". BACA Jr. admitted to confronting a group of six "white" women who he believed were not carrying the required bear canister in Yosemite's wilderness areas.

When asked about kicking other campers tents BACA Jr. denied it but admitted to "talking a bunch of shit…about white colonizers."

Officer McCoy interviewed the reporting party who advised he recorded BACA Jr. yelling profanity and being disorderly which he sent to Officer McCoy. The reporting party advised he observed BACA Jr. kick two tents south of BACA Jr.'s campsite as well as opening and removing food items from the nearby bear box. BACA Jr. was yelling about who brings this type of food before throwing it on the ground and leaving the site.

I interviewed the visitor who flagged me down before entering the campground. He advised at approximately 1915 BACA Jr. was yelling about "colonists" using "various swear words" at the top of his lungs. Members of this group advised they saw BACA Jr. kick two tents south of his site and enter the bear box associated with that site. They advised seeing BACA Jr. remove something from the bear box, raise the item above his head and yell, "who would fucking bring this into the backcountry you stupid fucking colonizers". BACA Jr. repeated the phase multiple times.

In the campsite directly south of BACA Jr. I located two unoccupied tents and observed the bear box was open with a Ziplock bag on the ground in front of the bear box. The Ziplock bag appeared to have spices inside which I placed back in the bear box and closed. I observed a phone on top of the bear box which was later determined to belong to BACA Jr.

When asked BACA Jr. consented to Officer Rippetoe searching his nearby backpack. During the search of the backpack Officer Rippetoe located and removed a plastic bag of approximately 4 grams of marijuana and a plastic bag of approximately 2 grams of psilocybin mushrooms. I heard BACA Jr. admitted to possessing both controlled substances and knowing they were illegal. I seized the bag of marijuana and the bag of psilocybin mushrooms as evidence. Based on my training and experience I recognized the marijuana flower inside the bag by its distinct odor and

texture. Based on my training and experience I recognized the psilocybin mushrooms inside the bag by the distinct stems, shake and odor.

In the approximate 50 minutes we were in contact with BACA Jr., he continued to talk in a circular pattern, referring to everyone around as colonizers and admitting to arguing and yelling at six women for not having the required bear canister. BACA Jr. would continuously become animated and would yell and use profane language which could be heard throughout the campground. BACA Jr. repeatedly forgot who he was speaking to and would repeatedly ask for the officer's names.

When asked if BACA Jr. would be willing to move to a nearby administration campsite he denied.

While attempting to issue a violation notice for disorderly conduct BACA Jr. continued to talk and yell over Officer Hays. BACA Jr. stood up from the seated position on the log, pointed his outstretched arm at the officers and said, "I have had it with you fucking three". Officer Hays gave clear commands to sit back down. BACA Jr. did not sit down and walked towards Officer Hays with his hands in front of him as if to mimic a handcuffing position while telling Officer Hays to take him to jail. Officer Hays and I took control of BACA Jr.'s outstretched arms and assisted him back to his seat while explaining we did not want to take him to jail. BACA Jr. continued to argue over the issuing of the violation notice and began yelling at Officer Hays as loudly as he could which was echoing throughout the immediate area. BACA Jr. began pointing his right hand and index finger directly at officers' heads while yelling "fuck you".

When asked what he would do if the six women came back to the campground BACA Jr. advised he would "talk shit to them". When asked if and when they returned would he be able to not yell at them and BACA Jr. replied by yelling, "No, I'm going to tell them to fuck themselves in their white colonizing ass and get the fuck away from me!".

When asked if we could complete the violation notice BACA Jr. agreed and agreed to move to a different campground. BACA Jr. stood up and was wabbling back and forth in front of me. We offered to pack his belonging for him to expedite the process. BACA Jr. began arguing with us again and pointed his right index finger in my face approximately 5" away. When asked to not point in my face BACA Jr. stepped back two steps and began yelling, "Fuck you colonizer!", repeatedly which was echoing throughout the immediate area.

Probable cause existed BACA Jr. had and continued to engage in disorderly conduct; making unreasonable noise considering his observed conduct in a location with approximately 30 campers in close proximity, to include children being present. I placed BACA Jr. under arrest for 36 CFR 2.34(a)(3) Engaging in Disorderly Conduct. I placed BACA Jr. in handcuffs checking for proper fit.

Officer Hays completed the search incident to arrest. During the search incident to arrest BACA Jr. refused to let rangers remove his footwear as required for transport. While he was seated in the back of the patrol vehicle Officer Rippetoe attempted to remove BACA Jr.'s shoes and socks but he pulled away and kicked out at Officer Rippetoe. I pulled BACA Jr. down to the seat and

applied a pressure point technique on his right jaw to stop him from continuing to kick at Officer Rippetoe. BACA Jr. was attempting to bite my hand while apply the pressure point technique.

While beginning the transport to the holding facility BACA Jr. began headbutting the partition and attempting to kickout the rear windows of the patrol vehicle with his feet. Officer Hays conducted a spark display with his Taser. BACA Jr. continued to headbutt and lash out in the rear of the patrol vehicle. Officer Hays conducted a drive stun with his taser to BACA Jr. to stop the headbutting and attempts to kickout the windows.

BACA Jr. was transported to the Fresno County Jail. During the transport BACA Jr. threatened physical violence towards Officer Hays and told Officer McCoy if he was let out of handcuffs, she would need an abortion when he was finished with her.

Body Worn Camera available from Officers Hays, McCoy and Fey.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

08/01/2022
Date

Ranger: **Justin B. Fey**
Law Enforcement Park Ranger
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this 1st day of (Month, Year).   August , 2022

08/01/2022
Date

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE