IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> ) <br> DAVID NICKOLAS BACA, JR.,  ) <br> ) <br> ) <br> Defendant.  ) <br> _____ ) | No. 6:22-MJ-00010 HBK <br><br> ORDER OF RELEASE |

As the government is not seeking detention during the pendency of these proceedings, the Court orders Defendant David Nickolas Baca, Jr., RELEASED FORTHWITH. Defendant is further ordered to appear at the United States District Court, Southern District of California, San Diego Division, by August 15, 2022, and report to the United States Marshal Service for processing.

Dated:  **August 1, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE